**756**

*Stanley Ide La Cov* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Edward L. Ryan, Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

FRANCES PANICA, as Adminstratrix of the Estate of LOUIS PANICA, Respondent, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY et al., Appellants.

Argued January 9, 1946; decided March 7, 1946.

*Edward R. Brumley* and *Kenneth B. Morton* for appellants.
*Samuel Seligsohn* and *Leo A. Sparer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUDSON & MAN-HATTAN RAILROAD COMPANY, Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued January 11, 1946; decided March 7, 1946.